UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 4:25cr00056-11 |
| | ) | |
| BYRAN HOPKINS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Amy Lee Copeland, as counsel for Javon Edwards, requested leave of absence from the Court pursuant to S.D. Ga. LR Crim. 1B(e). The requested period of leave is as follows:

- **June 17, 2025**

After due consideration, the Court **GRANTS** the motion.

**SO ORDERED** this the 27th day of May, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA