**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | CR425-056 |
| ANTWOINE ALLEN, *et al.*, | ) ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Defendants LaToya Edwards (07), Ryan Brandt (02), Calvin Chege (03), Amir Douglas (06), Imani Gordon (09), Hassan Harris (10), Byran Hopkins (11), Athony Jernigan (14), Leroy Jones (16), Robinson Lazala (18), Kyle Oree (20), James Thorne (26), and Tavarious Walker (28), jointly moved to continue the pretrial motions deadline in the operative Scheduling Order, doc. 689, pending the resolution of whether this case will remain designated "complex" and associated discovery issues. *See generally* doc. 887. Defendants Antonio Clark (04), doc. 890, Antwoine Allen (01), doc. 908, Quinn Howard (13), doc. 909, and Terrell King (17), doc. 914, have notified the Court that they also consent to holding the deadline in abeyance. The Government did not oppose the Motion, pending the consent of the remaining defendants. *See* doc. 887 at 5. No

other defendant has responded in opposition. *See generally* docket; *see also* S.D. Ga. LR Crim. 12(a)(2). Accordingly, the Motion is **GRANTED**. Doc. 887. The Court will enter a Second Amended Scheduling Order, *cf.* doc. 689, upon its determination of the propriety of this case's "complexity" designation. Doc. 887 at 7; *see also, e.g.,* doc. 864, doc. 873.

 **SO ORDERED,** this 16th day of June, 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2